IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEON KIRAKOSIAN, Personal Representative of the Estate of ROMELLA PAPAZYAN, Deceased; ARTUR PAPAZYAN and ANUSH HAYRAPETYAN, natural father and mother of Romella Papazyan,<br><br>        Plaintiffs,<br><br>vs.<br><br>POLARIS INDUSTRIES, INC. d/b/a POLARIS SALES, INC.; POLARIS SALES, INC.; MICHAEL KHANK, JOANNE KHANK; JOHN and JANE DOES 1-10; ABC CORPORATIONS 1-10 (fictitious individuals and/or entities),<br><br>        Defendants. | 8:07CV484<br><br>ORDER |

For good cause shown,

**IT IS ORDERED** that the parties' JOINT STIPULATION TO PROPOSED MODIFICATION OF INITIAL PROGRESSION ORDER (Doc. 54) is granted, as follows:

    1.    Plaintiffs shall serve all Rule 26(a)(2) expert witness reports not more than 60 days after the completion of the depositions of the parents of Romella Papazyan, deceased, and defendants Michael Khank and Joanne Khank.

    2.    Defendants, counter-defendants, and cross-defendants shall serve their Rule 26(a) expert witness reports not more than 60 days after the service of plaintiffs' expert reports.

    3.    Rebuttal expert witness reports shall be served not more than 30 days after the service of the expert reports of defendants, counter-defendants, and cross-defendants.

    **DATED November 3, 2008.**

                                                          **BY THE COURT:**

                                                           s/ F.A. Gossett
                                                           **United States Magistrate Judge**