## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LEON KIRAKOSIAN, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:07CV484** |
| vs. ) | |
| ) | **ORDER OF DISMISSAL** |
| **POLARIS INDUSTRIES, INC., et al.,** ) | **WITH PREJUDICE** |
| ) | |
| **Defendants.** ) | |

Pursuant to the parties' written Stipulation of Dismissal with Prejudice (Doc. 57), plaintiffs' claims against defendants Polaris Industries, Inc., d/b/a Polaris Sales Inc., and Polaris Sales Inc. are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**DATED January 27, 2009.**

  **BY THE COURT:**

  **s/ F.A. Gossett**
  **United States Magistrate Judge**