IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEON KIRAKOSIAN, Personal Representative of the Estate of ROMELLA PAPAZYAN, Deceased; ARTUR PAPAZYAN and ANUSH HAYRAPETYAN, natural father and mother of Romella Papazyan,<br><br>Plaintiffs,<br><br>vs.<br><br>POLARIS INDUSTRIES, INC. d/b/a POLARIS SALES, INC.; POLARIS SALES, INC.; MICHAEL KHANK, JOANNE KHANK; JOHN and JANE DOES 1-10; ABC CORPORATIONS 1-10 (fictitious individuals and/or entities),<br><br>Defendants. | 8:07CV484<br><br>ORDER |

Upon review of the file,

**IT IS ORDERED:**

1.  Plaintiffs' Motion to modify the progression order (Doc. 63) and Plaintiffs' Rule 41(b) Motion to dismiss Artur Papazyan and Anush Hayrapetyan as plaintiffs (Doc. 61) are set for telephonic hearing at the time of the Rule 16 conference, i.e., **Thursday, February 19, 2009 at 9:15 a.m.**

2.  Since all claims involving Polaris Industries, Inc. and Polaris Sales, Inc. have been resolved, counsel for Polaris need not participate in the February 19, 2009 conference and oral argument.

**DATED February 12, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**