IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Leon Kirakosian, PR of The Estate of Romella Papazyan, Deceased, Artur Papazyan and Anush Hayrapetyan, natural father and mother of Romella Papazyan, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>Polaris Industries, Inc. d/b/a Polaris Sales Inc.; Polaris Sales Inc.; Michael Kahnk, Joanne Kahnk; John and Jane Does 1-10; ABC Corporations 1-10 (fictitious individuals and/or entities),<br><br>Defendants. | Case No. 8:07CV484<br><br>**Order of Dismissal without Prejudice** |

Pursuant to the parties' written Stipulation of Dismissal without Prejudice (Filing No. 65), the cross-claims of Defendants Polaris Industries, Inc., d/b/a Polaris Sales Inc. and Polaris Sales Inc. against Defendants Michael Kahnk and Joanne Kahnk in this action are hereby dismissed without prejudice, each party to bear its own costs and attorneys' fees.

**DATED February 12, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**