# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Leon Kirakosian, Personal Representative of The Estate of Romella Papazyan, Deceased, Artur Papazyan and Anush Hayrapetyan, natural father and mother of Romella Papazyan, Individually,<br><br>                      Plaintiffs,<br><br>v.<br><br>Polaris Industries, Inc. d/b/a Polaris Sales Inc.; Polaris Sales Inc.; Michael Kahnk, Joanne Kahnk; John and Jane Does 1-10; ABC Corporations 1-10 (fictitious individuals and/or entities),<br><br>                      Defendants. | Case No. 8:07CV484<br><br>**Order of Dismissal Without Prejudice** |

The court, having been advised that there is no objection, finds that plaintiff's Motion (Doc. 61) to dismiss Artur Papazyan and Anush Hayrapetyan as plaintiffs pursuant to Fed. R. Civ. P. 41(b), without prejudice, should be granted.

IT IS SO ORDERED.

DATED February 20, 2009.

                                                BY THE COURT:

                                                s/ F.A. Gossett<br>
                                                United States Magistrate Judge