IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEON KIRAKOSIAN, et al., | Case No. 8:07cv484 |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL KHANK, et al., | |
| Defendant. | |

Upon notice of successful mediation, given to the magistrate judge by the law office of Cullan & Cullan, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **November 20, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for November 2, 2009 and the jury trial set for January 19, 2010, are cancelled upon the representation that this case is settled.

Dated: October 21, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge