IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEON KIRAKOSIAN, Personal Representative of the Estate of ROMELLA PAPAZYAN, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 8:07CV484 |
| MICHAEL KHANK, JOANNE KHANK; JOHN and JANE DOES 1-10; ABC CORPORATIONS 1-10 (fictitious individuals and/or entities), | ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice (Filing No. 115), filed by the plaintiff and defendants, Michael Khank and Joanne Khank.  The Court finds the stipulation should be approved and adopted and the motion should be granted.  Accordingly,

**IT IS ORDERED:**

1.   The stipulation (Filing No. 115) is approved and adopted; the joint stipulation to dismiss with prejudice is granted, and the plaintiff's claims against defendants, Michael Khank and Joanne Khank, are dismissed with prejudice.

2.   All claims in this lawsuit have been resolved, and the Clerk of the Court shall close the file for statistical purposes.

**DATED this 8th day of December, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**